AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MARISABEL JIMINEZ, An Individual<br><br>*Plaintiff(s)*<br>v.<br><br>-Z WELD GROUP, INC., A Florida Limited Liability Company<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) | 9:20-cv-80205-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* E-Z WELD GROUP, LLC
C/O WORLDWIDE CORPORATE ADMINISTRATORS, LLC
2330 Ponce De Leon Blvd.,
Coral Gable, FL 33404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James Jean-Francois, Esq., Law Offices Of James Jean-Francois, P.A.
6100 Hollywood Blvd., Ste. 211, Hollywood, FL 33024
Phone: 954-987-8832; jjonlaw@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 12, 2020



**SUMMONS**

Angela E. Noble
Clerk of Court

s/ Janier A.
Deputy Clerk
U.S. District Courts