UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-80205-CIV-SINGHAL

MARISABEL JIMINEZ,

    Plaintiff,

v.

E-Z WELD GROUP, INC.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation on Defendant's Motion to Tax Costs (DE [50]), issued on December 10, 2021. Therein, Magistrate Judge Valle considered Defendant's Motion to Tax Costs (DE [45]), Plaintiff's response (DE [48]), and Defendant's reply (DE [49]) and recommends Defendant be awarded costs in the amount of $2,285.62 against Plaintiff.

Parties have fourteen days to file any objections to a magistrate judge's factual findings. *See* Fed. R. Civ. P. 72(b)(2); S.D. Fla. Mag. R. 4(b). Here, neither side filed any such objections. With no objections filed, the Court's review of the Report and Recommendation (DE [7]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Report and

Recommendation (DE [7]) have been filed, thus, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation on Defendant's Motion to Tax Costs (DE [50]) is **AFFIRMED** and **ADOPTED**. Defendant's Motion to Tax Costs (DE [45]) is **GRANTED IN PART and DENIED IN PART**. Defendant E-Z Weld Group, LLC is **AWARDED** total costs in the amount of **$2,285.62**, comprising $226.92 in costs for the service of the subpoena to Ms. Banks; $1,988.70 in court reporter attendance and transcript fees; $30.00 in disbursements made to Plaintiff's medical providers for printing copies of Plaintiff's medical records; and $40.00 in witness fees. Plaintiff Marisabel Jiminez is **ORDERED** to pay Defendant E-Z Weld Group, LL's **total costs in the amount of $2,285.62**, plus post-judgment interest at the statutory rate, and a judgment be entered against Plaintiff accordingly, for which let execution issue. The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of December 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF